FLYNN, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (City Court of New York, General Term. January 29, 1901.) Action by Alice Flynn against the Dry Dock, East Broadway & Battery Railroad Company. From a judgment in favor of plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Dailey, Bell & Crane, for respondent.

PER CURIAM. The appellant claims a reversal on the ground that the verdict is against the weight of evidence. The questions involved have been submitted to a jury by the judge's charge properly, and we decline to interfere with the verdict. Judgment and order appealed from affirmed, with costs.

FOOTE v. FFOULKE et al. (Supreme Court, Appellate Division, First Department December 31, 1900.) Action by Wallace T Foote, Jr., against Charles M. Ffoulke and others. No opinion. Motion denied. See 61 N. Y. Supp. 368.

FOSTER, Respondent, v. KENDALL, Appellant. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by James G. Foster against George H. Kendall, impleaded. E. P. Lyon, for appellant. J. J. O'Connell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FOX ST. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Fox street, etc. No opinion. Motion denied, with $10 costs.

In re FROESCHLE'S ESTATE. (Supreme Court, Appellate Division. First Department. January 25, 1901.) In the matter of the estate of Gustav Froeschle, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

FULLER, Respondent, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by Catharine Fuller, as administratrix, etc., against the Central New York Telephone & Telegraph Company, impleaded, etc.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the recovery to $2,500, in which event the judgment and order, as thus modified, are affirmed, without costs of this appeal to either party.

GALLAGHER, Appellant, v. KEATING, Highway Com'r, et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by John Gallagher against John P. Keating, commissioner of highways in the city of New York, and others.

PER CURIAM. Judgment affirmed, with costs, on the authority of Gallagher v. Keating, 40 App. Div. 81, 57 N. Y. Supp. 632, 1123,

and the opinion rendered upon the motion for a reargument of that case. All concur, except SEWELL, J., taking no part.

GALVIN, Respondent, v. SYRACUSE RAPID-TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Belle F. Galvin against the Syracuse Rapid-Transit Railway Company.

PER CURIAM. Judgment of county court, and judgment and order of the municipal court, reversed, with costs to appellant, unless the respondent stipulates to reduce the recovery to $250, in which event the judgment and order are affirmed, without costs of this appeal to either party. Held, that the provisions of the law relating to the organization of a jury in the municipal court of the city of Syracuse are constitutional.

GAVIGAN, Appellant, v. GOULDS MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by Patrick Gavigan against the Goulds Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

GIBSON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by John Gibson against the Metropolitan Street-Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

GILMAN, Appellant, v. DEXTER, Respondent. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Horace Gilman against Orlando P. Dexter. No opinion. Judgment unanimously affirmed, with costs.

In re GIRARDIN. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Emile Girardin. No opinion. Order affirmed, with $10 costs and disbursements.

GOWDEY, Appellant, v. REDFIELD et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Sanford S. Gowdey, as executor of the last will and testament of Henry A. Gowdey, deceased, against William L. Redfield and Letitia Redfield. No opinion. Appeal dismissed, with $10 costs and disbursements.

GRAHAM, Respondent, v. HENDEE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Clayton L. Graham against Richard M. Hendee. No opinion. Judgment affirmed, with costs. All concur, except LAUGHLIN, J., who dissents.

GREEN, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Henry Green against